George Haines, Esq.
State Bar No. 9411
FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste. 100
Las Vegas, NV 89123
Phone: (702) 880-5554
Fax: (702) 385-5518
info@freedomlegalteam.com
*Attorneys for Richard Sanchez*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re:**<br><br>**Richard Sanchez,**<br><br>        **Debtor(s).** | **CaseNo:BK-S-26-11451-MKN**<br><br>**NOTICE OF REMOTE CONFIRMATION HEARING**<br><br>**Hearing Date: May 21, 2026**<br>**Hearing Time:  1:30 pm** |

**NOTICE IS HEREBY GIVEN** that Debtor's Chapter 13 Plan 1 has been filed and Debtor seeks to have this plan confirmed. Any opposition to this plan must be filed pursuant to Local Rule 9014(d)(1).

> If you object to the relief requested, you *must* file a **WRITTEN** response to this plan with the court. You *must* also serve your written response on the person who sent you this notice.
>
> If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice then:
>
> - **The court may *refuse to allow you to speak* at the scheduled hearing; and**
>
> - **The court may *rule against you* without formally calling the matter at the hearing.**

**NOTICE IS FURTHER GIVEN** that parties may appear for hearings either in person at

FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste, 350
Las Vegas, Nevada  89123
OFFICE: (702) 880-5554  FAX: (702) 385-5518

the Bankruptcy Court or telephonically, unless otherwise ordered by the Court. The hearing will be held on **May 21, 2026** at **1:30 PM.** Parties are permitted to appear telephonically by dialing (669) 254-5252 and entering meeting ID (if applicable): 161 418 4644 and entering access code or passcode 758337#.

If you intend to participate at this hearing, please check the Court's website prior to the hearing for any updated instructions relating to the court participation number and access code. You may view the Court Calendar at: https://www.nvb.uscourts.gov/calendars/court-calendars/. Select the hearing judge. Next click on the "calendar date" to view the hearing judge's dial-in number and meeting access codes.

DATED this March 9, 2026

/s/ George Haines, Esq.
George Haines, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor*

**FREEDOM LAW FIRM, LLC**
8985 S. Eastern Ave. Ste, 350
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554 FAX: (702) 385-5518