George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: info@freedomlegalteam.com
*Attorneys for Debtor*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| **In Re:** | **Case No: BK-26-11451-mkn** |
| | Chapter 13 |
| Richard Sanchez | |
| **Debtor(s).** | |

**NOTICE OF OPPORTUNITY TO OBJECT AND REQUEST HEARING ON DEBTOR'S EX-PARTE MOTION FOR REFERRAL TO MORTGAGE MODIFICATION PROGRAM**

**NOTICE IS HEREBY GIVEN** that Debtor filed an Ex-Parte Motion for Referral to Mortgage Modification Program on March 13, 2026 on Negative Notice under Local Rule 9014.1.

Any Opposition must be filed pursuant to Local Rule 9014(d) (1), (2), (3), (4).

---

**NOTICE OF OPPORTUNITY TO OBJECT AND FOR HEARING**

Pursuant to LR 9014.1, the court will consider this motion, objection, or other matter without further notice of hearing unless a party in interest files an objection within twenty-one (21) days from the date of service of this paper. If you object to the relief requested in this paper, you may file your objection at the bankruptcy clerk's office located in Las Vegas at the United States Bankruptcy Court, 300 Las Vegas Blvd. South, Las Vegas, Nevada 89101, or in Reno at the United States Bankruptcy Court, 300 Booth Street, Reno, NV 89509, and serve a copy on the movant's attorney and any other appropriate persons.

**It is the duty of the objecting party to timely set the objection for a hearing and properly notice all parties in interest. If you do not file an objection within the time permitted, an order granting the requested relief may be entered by the court without further notice or hearing.**

---

1

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014.1(c):

"In the event a party in interest files an objection within the time permitted in the negative notice legend, the objecting party must schedule a hearing on the motion, objection, or other matter upon notice to the movant's attorney, the objecting party or parties, and others as may be appropriate. The objecting party must not give less than twenty-eight (28) days' notice of the hearing. Replies must be filed and served no later than seven (7) days preceding the hearing date. Unless the court orders otherwise, the objecting party must schedule and notice a hearing on the objection. If a hearing on the objection is not timely set and noticed, the objection, unless otherwise ordered by the court, will be deemed withdrawn."

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014.1(d):

"The movant must submit the proposed order not later than fourteen (14) days after the expiration of the objection period. In the event the movant fails to submit a proposed form of order within this time, the court may enter an order denying the matter without prejudice for lack of prosecution. In addition to any other requirements, the movant must recite in a separate affidavit or declaration that:
(1) The motion, objection, or other matter was served upon all interested parties with the negative notice legend informing the parties of their opportunity to object within the appropriate number of days of the date of service; and,
(2) No party filed an objection within the time permitted."

**NOTICE IS FURTHER GIVEN** that pursuant to Local Rule 9014.1, the Court may consider this matter without further notice or hearing upon the submission of a proposed form of order granting the relief requested in Debtor's Motion.

DATED this 13th day of March, 2026.

        /s/ *George Haines, Esq.*
        George Haines, Esq.
        FREEDOM LAW FIRM, LLC
        *Attorneys for Debtor*

FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste, 100
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554  FAX: (702) 385-5518