George Haines, Esq.
Nevada Bar No. 9411
Gerardo Avalos, Esq.
Nevada Bar No. 15171
FREEDOM LAW FIRM, LLC
8985 South Eastern Ave., Suite 205
Las Vegas, NV 89123
Phone: (702) 880-5554
Email: Info@freedomlegalteam.com
*Attorneys for Debtor(s)*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

**In Re:**

 **Richard Sanchez**
**Debtor(s).**

**Case No: BK-26-11451-mkn**
**Chapter 13**

### DECLARATION OF NO OBJECTION TO MOTION FOR REFERRAL TO THE MORTGAGE MODIFICATION PROGRAM

George Haines, Esq. hereby declares as follows:

1. A Motion for Referral to the Mortgage Modification Program was filed on March 6, 2026.

2. The Motion was served upon all interested parties with the negative notice legend required by Local Rule 9014.1(b)(3) informing the parties of their opportunity to object within the appropriate number of date of the date of service.

3. No party filed an objection within the time permitted by Local Rule 9014.1(c).

4. Pursuant to Local Rule 9014.1 it is appropriate for this Court to enter an Order granting Debtor's Motion for Referral to the Mortgage Modification Program.

Respectfully submitted by:

/s/ George Haines, Esq.
George Haines, Esq.
FREEDOM LAW FIRM, LLC
*Attorneys for Debtor(s)*

FREEDOM LAW FIRM, LLC
8985 S. Eastern Ave. Ste, 100
Las Vegas, Nevada 89123
OFFICE: (702) 880-5554  FAX: (702) 385-5518

1