_____
Honorable Mike K. Nakagawa
United States Bankruptcy Judge

Entered on Docket
April 02, 2026
_____

NVB 105-3 (Effective 1/2021)

Attorney              George Haines, Esq.
Nevada Bar #          9411
Firm Name             Freedom Law Firm
Address               8985 S Eastern Ave Ste #205
City, State, Zip      Las Vegas, NV 89123
Phone Number          702.880.5554
Email Address         info@freedomlegalteam.com
Pro-se Debtor

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

In re:

Richard Sanchez

Debtor(s).

BK-26-11451-mkn

Chapter 13

**ORDER ON MOTION FOR REFERRAL TO THE MORTGAGE MODIFICATION PROGRAM**

The Motion for Referral to the Mortgage Modification Program ("MMP") having come before this Court on Negative Notice is GRANTED. In the Motion for Referral Debtor certified that they are eligible to participate in the MMP, have completed the initial loan modification forms using the court-approved Document Preparation Software, paid the Document Preparation Software Fee, and collected the supporting documentation required for submission to Selene Finance                    ("Lender") for review through the Portal

1

Therefore, it is **ORDERED** as follows:

1.  The Debtor and Lender are required to participate in the Mortgage Modification Program in good faith and may be subject to possible sanctions by the Court for violation of this requirement;

2.  The Debtor, Lender, Program Manager, and other parties (as applicable) are subject to the Duties, Responsibilities, and Timelines which are incorporated hereto by reference. A copy of the MMP Procedures can be found on the Court's website at https://www.nvb.uscourts.gov/mortgage-modification-program/.

3.  The automatic stay is modified to the extent necessary to facilitate the MMP;

4.  If any parties or their counsel fails to comply timely and in full with the terms of this Order, the Court may impose appropriate sanctions after notice and a hearing;

5.  The Debtor shall immediately serve a copy of this Order on all parties to the mediation. Debtor shall file a Certificate of Service with the Court evidencing these parties were properly served. Service shall be by regular U.S. Mail, electronic service, or email, if the party's email address is known;

6.  If the Chapter 13 case is dismissed, converted, or otherwise removed from the District of Nevada prior to Debtor's completion of the MMP, the MMP proceedings in the case will terminate and the parties will be relieved of the requirement of the MMP procedures;

**IT IS SO ORDERED.**

Submitted by:


/s/ George Haines                                             Dated:April 1, 2025
Attorney for Debtor(s) or Pro Se Debtor

### 

2